

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS

ATTORNEY GENERAL

Honorable Royall R. Watkins, President
State Board of Education
Austin, Texas

Dear Sir:

Opinion No. O-6118
Re: Under the given facts and
under the provisions of
Article 2680, Revised Civil
Statutes, can the textbooks
in question, be called for
in a proclamation to be issued
in August 1944, and considered
for adoption by the Board of
Education at its meeting in
October, 1944?

Your letter of July 17, 1944, is as follows:

"The Agricultural Division of the State
Board for Vocational Education has requested the
State Board of Education to call for bids upon a
textbook on Farm Management, which is to be used
in the high schools of the State of Texas in the
teaching of agriculture under the terms of the con-
tract with the Federal Government and the State Board
for Vocational Education.

"Likewise, the Homemaking Division of the State
Board for Vocational Education has asked for a text-
book to be used in the highschools of the state,
teaching family relations and home management, this
being a subject under Home Economics.

"In view of the fact that no such books or
courses are authorized under and by virtue of Art.
2843-44-44a of the Revised Civil Statutes, the State
Board of Education desires to seek your advice and
upon the following question:

"Under Article 2680 of the Revised Civil Statutes
can such textbooks be called for in a proclamation to
be issued in August, 1944, and considered for adoption
by the Board at its meeting in October, 1944?

Honorable Royall R. Watkins, page 2

        "In considering this question please bear in
mind that the Board will have to issue a proclamation
asking for the submission of bids at its next meeting,
August 7, in order that such bids may be filed in due
time to be considered by the Board at the October meet-
ing, and we shall greatly appreciate your early reply
to this inquiry."

        We find no statute providing for the adoption by the
State Board of Education of free textbooks to be purchased by the
State of Texas on the subjects of farm management, or on teaching
family relations and home management.  As observed in your letter,
Articles 2843, 2844 and 2844a, Vernon's Annotated Civil Statutes,
do not make provision therefor.  The list of authorized free text-
books is expressly limited to those enumerated in the statutes.
Article 2843, supra.

        Article 2680, Revised Statutes, to which you refer,
is as follows:

        "Besides the subjects prescribed by law to
be taught in the public schools of Texas, such ad-
ditional subjects as agriculture, manual training,
domestic economy or other vocational branches shall
be included in the course of study in all high schools
provided for herein which are located outside of in-
corporated towns and cities, and special attention
shall be given to teaching said subjects."

        The subject matter of this statutory provision is not
the adoption of free textbooks, but is merely authority for the
teaching in high schools outside of incorporated cities and towns
of the subjects listed in the statute.  You are, therefore, advised
that Article 2680 does not confer upon the State Board of Education
authority to call for bids in and to adopt free textbooks upon the
subjects outlined in your inquiry.

                                        Very truly yours

                                        ATTORNEY GENERAL OF TEXAS

                                        By
                                            Gaynor Kendall
                                            Assistant